UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald W. Weber,

    Plaintiff,

v.

Nancy A. Berryhill, Acting Commissioner of Social Security,[1]

    Defendant.

Case No. 16-cv-332 (JNE/TNL)
ORDER

In a Report and Recommendation dated April 6, 2017, the Honorable Tony N. Leung, United States Magistrate Judge, recommended that Plaintiff's Petition for Attorney's Fees [Dkt. No. 25] be granted. Dkt. No. 29. The parties affirmatively confirmed that they do not object to the Report and Recommendation. Dkt. Nos. 31 & 32. The Court therefore accepts the recommended disposition. *See* D. Minn. L.R. 72.2(a).

Therefore, IT IS ORDERED THAT:

1. Plaintiff's Petition for Attorney's Fees [Dkt. No. 25] is GRANTED in the requested amount of $7,245.90.

Dated: May 10, 2017

                s/ Joan N. Ericksen
                JOAN N. ERICKSEN
                United States District Judge

---

[1] Nancy A. Berryhill is automatically substituted for Carolyn W. Colvin as the defendant in this case. *See* Fed. R. Civ. P. 25(d).